UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

ARANTZA ESPINOZA,　　　　　　　　　　　　　　CASE NO.: 1:22-cv-21848-RNS

Plaintiff,

vs.

Walters & Mason Retail, Inc.
A foreign for-profit corporation

Defendant, _____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, ARANTZA ESPINOZA, through undersigned attorney Diego G. Mendez, Esq. pursuant to the Federal Rules Civil Procedure files this Notice of Voluntary Dismissal with Prejudice against Walters & Mason Retail, Inc.

**Respectfully Submitted,**

MENDEZ LAW OFFICES, PLLC

Attorney for Plaintiff
P.O. BOX 228630
Miami, Florida 33172
Telephone: 305.264.9090
Facsimile: 305.809.8474
Email:info@mendezlawoffices.com

By: /s/ Diego German Mendez

DIEGO GERMAN MENDEZ, ESQ.
FL BAR NO.: 52748

###

2